STATE OF CONNECTICUT *v.* JOSEPH S. SMOLEN

The petition by the defendant for certification for appeal from the Appellate Division of the Circuit Court is denied.

*Karl Fleischmann,* in support of the petition.

Submitted July 1—decided July 20, 1967

STATE OF CONNECTICUT *v.* SHIRLEY PLUMMER

The motion by the defendant for review dated March 24, 1967, is denied pursuant to Practice Book §§ 758, 692 and 694.

*Roger E. Koontz,* in support of the motion.